IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT HARRELL | ) | |
| | ) | |
| V. | ) | 3-07-CV-2162-K |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice Correctional | ) | |
| Institutions Division | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Petitioner's Objections to the Magistrate Judge's Findings, Conclusions and Recommendation are **OVERRULED.**

The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED

SIGNED: May 28th, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE